NUMBER 13-03-719-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

__________________________________________________________________

IN RE: SOPHIA DELAUNAY
__________________________________________________________________

On Petition for Writ of Mandamus
__________________________________________________________________


MEMORANDUM OPINION ON MOTION FOR REHEARING

Before Chief Justice Valdez and Justices Hinojosa and Castillo
 Per Curiam
         Relator Sophia Delaunay has filed a motion for rehearing of a panel decision to
deny mandamus relief and a motion to reconsider grant of temporary relief. Mandamus
relief is appropriate only to correct a clear abuse of discretion or the violation of a duty
imposed by law and there is no adequate appellate remedy. CSR Ltd. v. Link,
925 S.W.2d 591, 596 (Tex. 1996) (orig. proceeding); Walker v. Packer, 827 S.W.2d
833, 839 (Tex. 1992) (orig. proceeding). Relator did not show, and has not shown,
she has no adequate remedy by appeal. We deny the motion for rehearing and the
motion to reconsider grant of temporary relief. 
 
                                                               PER CURIAM


Opinion delivered and filed
this 6th day of January, 2004.